BUFFALO GERMAN INSURANCE COMPANY, Respondent, *v.* THE
TITLE GUARANTY AND TRUST COMPANY OF SCRANTON,
PENNSYLVANIA, Appellant.

*Buffalo German Ins. Co.,* v. *Title G. & T. Co. of Scranton,* 115 App.
Div. 920, affirmed.

(Argued January 10, 1907; decided January 29, 1907.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the fourth judicial depart-
ment, entered November 19, 1906, which affirmed an inter-
locutory judgment of Special Term sustaining a demurrer to
the answer in an action to recover upon a surety bond.

The following question was certified:

" Is that part of the defendant's answer numbered ' Second'
and designated a further and partial answer and defense, and
consisting of new matter contained in said answer, sufficient
in law upon the face thereof and a partial defense to the
plaintiff's complaint in the action."

*William H. Cuddeback* for appellant.

*Loren L. Lewis, Jr.,* and *William C. Carroll* for
respondent.

Order affirmed, with costs, and question certified answered
in the negative on opinion of KENEFICK, J., at Special Term.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT,
VANN, WERNER, WILLARD BARTLETT. and HISCOCK, JJ.